

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Deepwell Energy Services, LLC,

Vs. No. 11-20-00067-CV

Aveda Transportation and Energy
Services, Jared Brown, Linda Clark,
Tom Halliday, and Mickey Sims,

* From the 385th District Court
  of Midland County,
  Trial Court No. CV54356.

* April 2, 2020

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Deepwell Energy Services, LLC.